**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Andrew ALVAREZ, Defendant–**
**Appellant.**

No. 12–4466.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 2, 2012.

Decided: Nov. 7, 2012.

Andrew Alvarez, Appellant Pro Se. Olivia L. Norman, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andrew Alvarez, federal prisoner, appeals the district court's order declining to provide him with transcripts at Government expense. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Alvarez,* No. 3:11–cr–00216–JRS–1 (E.D. Va. June 4, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*